UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON STOLTE,

    Plaintiff,

v.

SECURIAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 21-cv-07735-DMR

**JUDGMENT**

On August 15, 2022, the court granted Defendant's motion to dismiss. [Docket No. 38.] The court dismissed Plaintiff's ERISA section 502 claim with prejudice but granted Plaintiff leave to file an amended complaint that stated a standalone ERISA section 503 claim if she chose by September 6, 2022. *Id.* The court stated that if Plaintiff did not file an amended complaint by that date, judgment would entered. *Id.* Nothing was filed. Accordingly, pursuant to Federal Rule of Civil Procedure 58, the court enters judgment consistent with its August 15, 2022 order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 7, 2022

_____
Donna M. Ryu
United States Magistrate Judge